UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSE ADANMA DURU,  )  <br> Plaintiff,  ) <br> vs.  ) <br>  ) <br> BERGER PSYCHOLOGICAL  ) <br> SERVICES PC, et al.,  ) <br> Defendants.  ) | No. 3:15-CV-120-B |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's claims are **DISMISSED** *sua sponte* for lack of subject-matter jurisdiction and *Defendants Berger Psychological Services, P.C.'s & Steven Gary Berger Ph.D.'s Motion to Dismiss*, filed April 13, 2015 (doc. 12) is **DEEMED MOOT**. By separate judgment, the claims against defendants Berger Psychological Services, P.C., Steven Gary Berger Ph.D., Unidentified Female Assistant of Steven Gary Berger PC will be **DISMISSED** *sua sponte* for lack of subject-matter jurisdiction.

**SIGNED** this 22nd day of December, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE