UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSE ADANMA DURU,       ) | |
|     Plaintiff,       ) | |
| vs.       ) | No. 3:15-CV-120-B-BH |
|       ) | |
| BERGER PSYCHOLOGICAL       ) | |
| SERVICES PC, et al.,       ) | |
|     Defendants.       ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's post-judgment *Motion to Transfer Case*, filed June 3, 2016 (doc. 28), which has been liberally construed as a motion for relief from judgment under Rule 60(b), is **DENIED**.

SIGNED this 18th day of July, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE